MODEL BRASSIERE COMPANY, INC., Appellant, v. MAIDEN FORM BRASSIERE

COMPANY, INC., Respondent.— Judgment and orders affirmed, with costs, on the ground that the correspondence between the parties did not constitute a contract. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ. [139 Misc. 694.]